# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**SHARROD CHRISTOPHER DUNSTON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-609

[June 23, 2022]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Daliah H. Weiss, Judge; L.T. Case Nos. 502012CF005946BXXX, 502012CF007764BAXXX, 502012CF008040AXXX, and 502012CF008688AXXX.

Dan Ripley of Ripley Whisenhunt, PLLC, Pinellas Park for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., WARNER and MAY, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***